# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-00270-MOC-DSC

| | |
|---|---|
| **INVUE SECURITY PRODUCTS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MOBILE TECH, INC., et. al.** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Tim F. Williams]" (document # 14) filed July 10, 2017. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: July 10, 2017

David S. Cayer
United States Magistrate Judge