**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00270-MOC-DSC**

| | |
|---|---|
| **INVUE SECURITY PRODUCTS INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MOBILE TECH, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

THIS MATTER is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Matthew A. Braunel and David B. Jinkins]" (documents ## 20 and 21) filed July 21, 2017. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: July 23, 2017

David S. Cayer
United States Magistrate Judge